# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD WHITTINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:17-cv-413-NT ) |
| CITY OF BANGOR and COMMUNITY CONNECTOR, | ) ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 3, 2017, the United States Magistrate Judge filed with the court and a copy to the Plaintiff, his Recommended Decision. The Plaintiff filed an objection to the Recommended Decision on November 9, 2017 and additional objections on November 20, 2017. I have reviewed and considered the Recommended Decision and the objections, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the Plaintiff's claims against the City of Bangor and Community Connector are **DISMISSED**.

/s/ Nancy Torresen  
United States Chief District Judge

Dated this 8th day of December, 2017.